

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2019

No. 04-19-00431-CV

**IN RE THE ESTATE OF ROSALINDA M. DANIELS, AN INCAPACITATED PERSON**

Original Mandamus Proceeding[1]

**ORDER**

On June 26, 2019, relator filed a petition for writ of mandamus and a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The motion for temporary relief is DENIED AS MOOT.

It is so **ORDERED** on July 10, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-PC-0367, styled *In The Guardianship of Rosalinda M. Daniels, Incapacitated Person*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Oscar J. Kazen presiding.